BRIAN C. JOHNSON (SBN 235965)
**THE LAW OFFICE OF BRIAN C. JOHNSON**
2135 SACRAMENTO STREET, NO. 502
SAN FRANCISCO, CA 94109
TEL. (415) 971-8421

Attorney for Plaintiffs
Rolando and Esperanza Bernales

**FILED**

AUG 1 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO BERNALES, an individual; and ESPERANZA BERNALES, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANCE BANCORP; MORTGAGE FINANCIAL GROUP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WASHINGTON MUTUAL BANK; COUNTRYWIDE HOME LOAN, INC.; DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS AND ORGANIZATIONS 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 4:09-CV-02746 SBA <br><br> SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER <br><br> JUDGE:   SAUNDRA B. ARMSTRONG <br><br> CASE FILED: MAY 15, 2009 |

PLAINTIFFS ROLANDO BERNALES AND ESPERANZA BERNALES hereby substitute William E. Jemmott in the place and stead of Brian C. Johnson in the above-captioned matter. By their signatures below, Brian C. Johnson and the Plaintiffs consent to and request that the court approve this substitution. As indicated in the attached proof of service, Defendants have been provided written notice of this substitution of attorney and [Proposed] order pursuant to local rule 11-5.

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                                                                                                                       PAGE 1

Case 4:09-cv-02746-SBA   Document 10   Filed 08/11/09   Page 2 of 2
Case4:09-cv-02746-SBA   Document6   Filed07/28/09   Page2 of 2
07/22/2009  16:08   6508757870                ROLANDO BERNALES                      PAGE  01

Dated: July 22, 2009

THE LAW OFFICES OF BRIAN C. JOHNSON

By: BRIAN JOHNSON
Attorneys for Plaintiffs Rolando and Esperanza Bernales

I consent to the foregoing substitution of attorney.

Dated: July 23, 2009

_____
Esperanza Bernales

I consent to the foregoing substitution of attorney.

Dated: July 22, 2009

_____
Rolando Bernales

I consent to the foregoing substitution of attorney.

Dated: July 24, 2009

_____
William Jenwnott, Esq.

[PROPOSED] ORDER

The Court, having considered Plaintiffs' request for substitution of attorney, HEREBY ORDERS THAT, the substitution of attorney is approved.

Dated: 8/11, 2009

_____
SAUNDRA B. ARMSTRONG
Judge, United States District Court

SUBSTITUTION OF OF ATTORNEY AND [PROPOSED] ORDER                                PAGE 2